No. 21. FLORIDA EX REL. VARS *v.* KNOTT, STATE TREASURER & INSURANCE COMMISSIONER.

October 9, 1939. *Per*

*Curiam:* The death of William W. Vars, the appellant in this cause, having been suggested by counsel for the said appellant, and counsel for the appellee having indicated that they have no objection, the appeal is dismissed on the ground that the cause of action has abated. *Martin* v. *Baltimore & Ohio R. Co.,* 151 U. S. 673, 691–692, 703; *Kaipu* v. *Pinkham,* 206 U. S. 566; *Beard* v. *Arkansas,* 207 U. S. 601, 602; *Seale* v. *Georgia,* 209 U. S. 554. *Mr. Dean Acheson* for appellant. No appearance for appellee.